### RICHMOND PERPETUAL BUILDING & LOAN AND TRUST COMPANY v. J. S. CARR.

*Action on Note—Parties—Liability of Endorsers.*

The owner of a note endorsed by the payees for the accommodation of the maker may sue any one of several endorsers without joining the maker or any other endorser.

CIVIL ACTION, tried before *Timberlake, J.*, and a jury at June (Special) Term, 1897, of DURHAM Superior Court. From a judgment for the plaintiff, defendant appealed.

*Messrs. Winston & Fuller*, for plaintiff.
*Messrs. Guthrie & Guthrie*, for defendant (appellant).

FAIRCLOTH, C, J.: This case is governed by the opinion in *Bank* v. *Carr*, at the present term.

Judgment affirmed.